# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-0867
Lower Tribunal No. 1989-CF-004449

———————————————

RENARD C. DAVIS,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and GANNAM, JJ., concur.


Renard C. Davis, Arcadia, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED